**Order entered July 31, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00664-CV

### LUIS A. SANTIAGO, Appellant

### V.

### THE BANK OF NEW YORK MELLON, AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, AS TRUSTEE FOR NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2004-2. NOVASTAR HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2004-2, AND OCWEN LOAN SERVICING, LLC, Appellees

### On Appeal from the 296th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 296-01232-2015

## ORDER

The Court **GRANTS** appellees' July 30, 2015 unopposed motion for a fourteen-day extension of time to file their brief. We **ORDER** appellees to file their brief by **MONDAY, AUGUST 17, 2015**. Because this is an accelerated appeal, no further extensions will be granted absent a showing of extraordinary circumstances.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE